No. 904 December 11, 2024 803

***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

BRIAN ANDREW BRUSEWITZ,
*Defendant-Appellant.*

Lane County Circuit Court
23CR02950; A181261

R. Curtis Conover, Judge.

Submitted November 20, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and David O. Ferry, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Doug M. Petrina, Assistant Attorney General, filed the brief for respondent.

Before Aoyagi, Presiding Judge, Egan, Judge, and Joyce, Judge.

PER CURIAM

Affirmed. *State v. Gonzalez*, 326 Or App 587, 534 P3d 289, *rev allowed*, 371 Or 715, 539 P3d 786 (2023).